163 So. 670

### Almon WILLIAMS v. STATE.
### 8 Div. 687.

Supreme Court of Alabama.
Oct. 17, 1935.

William Stell, of Russellville, and W. L. Almon, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Almon Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Williams v. State, 26 Ala. App. 529, 163 So. 668.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.